UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAFT CHARLES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHIME FINANCIAL, INC.,<br><br>Defendant. | No. 2:25-CV-01361-KKE<br><br>STIPULATED MOTION TO EXTEND DEADLINES AND ORDER |

Plaintiff Taft Charles ("Plaintiff") and Defendant Chime Financial, Inc. ("Chime") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and request that the Court extend (1) the deadline for Chime to respond to the Complaint and (2) the recently-issued initial case deadlines. In support of the foregoing request for relief, the Parties state as follows:

1. Plaintiff filed his Complaint in the Superior Court for the State of Washington in and for King County on June 17, 2025. *See* Dkt. 1-3.

2. Chime timely removed this action to this Court on July 18, 2025. Dkt 1. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Chime's responsive pleading is due on July 25, 2025.

3. On July 21, 2025, the Court issued its Order Regarding Initial Disclosures and Joint Status Report ("Order"), setting the deadlines to meet pursuant to Federal Rule of Civil Procedure

STIPULATED MOTION TO EXTEND DEADLINES – 1
(No. 2:25-CV-01361-KKE)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: +1.650.838.4300
Fax: +1.650.838.4350

26(f), serve Initial Disclosures, and file a Joint Status Report and Discovery Plan for August 11, August 25, and September 2, 2025, respectively. Dkt 10.

4.   Good cause supports the requested extensions. The additional time will enable counsel for Chime, who were recently retained, to investigate and respond to Plaintiff's allegations and to prepare for and engage in the Rule 26(f) conference, serve initial disclosures, and negotiate and file the joint status report. The requested extensions also account for the Labor Day holiday and other pre-planned travel and vacation schedules. Further, this action is still in its early stages and the Parties do not expect these brief extensions to meaningfully affect the overall case schedule.

5.   Accordingly, the Parties stipulate and respectfully move the Court to enter an order extending the deadlines in this action as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline for Chime to respond to the Complaint | July 25, 2025 | September 18, 2025 |
| Deadline for Federal Rule of Civil Procedure ("FRCP") 26(f) Conference | August 11, 2025 | September 8, 2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | August 25, 2025 | September 22, 2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | September 2, 2025 | October 6, 2025 |

STIPULATED MOTION TO EXTEND DEADLINES – 2
(No. 2:25-CV-01361-KKE)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
|1| Dated: July 23, 2025 | By: *s/ Susan D. Fahringer* |
|2| | Susan D. Fahringer, Bar No. 21567 |
| | | Erin K. Earl, Bar No. 49341 |

Dated: July 23, 2025   By: *s/ Susan D. Fahringer*
Susan D. Fahringer, Bar No. 21567
Erin K. Earl, Bar No. 49341

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
EEarl@perkinscoie.com
SFahringer@perkinscoie.com

*Attorneys for Defendant Chime Financial, Inc.*

*s/ Jason T. Dennett*
Jason T. Dennett, WSBA No. 30686
Kaleigh N. Boyd, WSBA No. 52684

**Tousley Brain Stephens PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101-3147
Telephone: +1.206.682.5600
Facsimile: +1.206.682.2992
jdennett@tousley.com
kboyd@tousley.com

**Wade Kilpela Slade LLP**

Edwin J. Kilpela, Jr.
6425 Living Place, Suite 200
Pittsburg, PA 15206
Telephone: +1.412.314.0515
ek@waykayslay.com

**North Law PLLC**

Evan E. North
1900 Market Street, Suite 800
Philadelphia, PA 19103
Telephone: +1.202.921.1651
evan@northlawpllc.com
*Attorneys for Plaintiff*

STIPULATED MOTION TO EXTEND DEADLINES – 3
(No. 2:25-CV-01361-KKE)

**ORDER**

IT IS SO ORDERED.

DATED this 24th day of July, 2025

_Kymberly K Evanson_
THE HONORABLE KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
(No. 2:25-CV-01361-KKE)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000