UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAFT CHARLES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHIME FINANCIAL, INC.,<br><br>Defendant. | Case No. 2:25-cv-01361-KKE<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION AND EXTENSION OF DEFENDANT'S DEADLINE TO RESPOND TO CONSOLIDATED COMPLAINT** |
| JOYCE WHITE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHIME FINANCIAL, INC.,<br><br>Defendant. | Case No. 2:25-cv-01453-KKE |

Plaintiffs Taft Charles and Joyce White ("Plaintiffs") jointly move, pursuant to Federal Rule of Civil Procedure 42, to consolidate the related actions, *Charles v. Chime Financial, Inc.*, No. 2:25-cv-01361-KKE ("*Charles*"), and *White v. Chime Financial, Inc.*, No.2:25-cv-01453-KKE ("*White*") (together, the "Related Actions"). Defendant Chime Financial, Inc. ("Defendant") does not oppose consolidation. Defendant requests the Court extend its deadline

ORDER GRANTING UNOPP. MOTION TO CONSOLIDATE - 1

to respond to the Complaint and the recently-issued case deadlines. Plaintiffs do not oppose to Defendant's request.

The Court has carefully reviewed the motion, as well as all files, records, and prior proceedings to date in this matter, and good cause appearing based on the record, it is hereby ORDERED that:

1. The Related Actions shall be consolidated for all purposes. The *Charles* case is designated as the lead case. All papers filed shall be filed under Case No. 2:25-cv-01361-KKE (the "Consolidated Action").

2. All future-filed or transferred actions that are related to the Consolidated Action pursuant to Federal Rule of Civil Procedure 42 (in that they are based on the same or similar facts and circumstances) shall be consolidated into the Consolidated Action.

3. All pending deadlines and hearings in the *Charles* and *White* actions are stricken.

4. Defendant need not file a response to the current complaints in *Charles* and *White*.

5. Initial deadlines for the Consolidated Action are as follows:

    a. Plaintiffs shall file a Consolidated Complaint no later than three (3) days following entry of this Order; and

    b. Defendant shall file an answer or otherwise respond to the Consolidated Complaint within forty-five (45) days of the filing of the Consolidated Complaint.

Dated this 3rd day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPP. MOTION TO CONSOLIDATE - 2