UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAFT CHARLES,<br><br>                Plaintiff(s),<br>  v.<br><br>CHIME FINANCIAL INC.,<br><br>                Defendant(s). | CASE NO. C25-1361-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE |

Now before the Court is the parties' stipulated motion to extend their briefing schedule. Dkt. No. 28. Finding good cause, the Court GRANTS the parties' stipulated motion (Dkt. No. 28) and extends the deadline for Plaintiffs to respond to Defendant's Motion to Compel and Defendant's Motion to Dismiss until December 4, 2025. Defendant's reply briefing will be due on December 22, 2025. The previous deadlines shall be VACATED, and the Clerk is directed to re-note both motions (Dkt. Nos. 23, 25) for December 22, 2025. The Court STRIKES the parties' previously filed stipulated motion (Dkt. No. 27), which was apparently filed in error.

Dated this 30th day of October, 2025.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge