UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAFT CHARLES, et al., | CASE NO. C25-1361-KKE |
| Plaintiffs, | ORDER OF DISMISSAL OF PLAINTIFF CHARLES' CLAIMS WITHOUT PREJUDICE |
| v. | |
| CHIME FINANCIAL, INC., | |
| Defendant. | |

Plaintiff Taft Charles has notified the Court of his intent to dismiss all of his claims against Defendant Chime Financial, Inc. without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A). Dkt. No. 30. Accordingly, Plaintiff Charles' claims for relief are dismissed without prejudice and without costs to the parties.

Dated this 4th day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL OF PLAINTIFF CHARLES' CLAIMS WITHOUT PREJUDICE - 1