UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOYCE WHITE, et al., | CASE NO. C25-1361-KKE |
| Plaintiff(s), | ORDER DENYING MOTION TO COMPEL ARBITRATION |
| v. | |
| CHIME FINANCIAL INC., | |
| Defendant(s). | |

Pending before the Court is Defendant Chime Financial, Inc.'s motion to compel Taft Charles to arbitrate his claims pursuant to an arbitration agreement. Dkt. No. 23. Because Charles' claims have now been dismissed (*see* Dkt. Nos. 30, 33), Defendant's motion to compel arbitration is DENIED as moot. Dkt. No. 23.

Dated this 21st day of January, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION TO COMPEL ARBITRATION - 1